UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN PENNINGTON, on behalf of himself and all others similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:11CV02030 AGF |
| | ) | |
| INTEGRITY COMMUNICATIONS, INC., HOLLY REHDER, and RAY REHDER, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' joint motion to transfer divisional venue to the Southeastern Division of this District. Plaintiff did not respond to the motion, and the time to do so has expired. For the reasons set forth below, the Court will grant Defendants' motion and transfer this case to the Southeastern Division of the Eastern District of Missouri.

Local Rule 3-2.07(B)(2) of the United States District Court for the Eastern District of Missouri states in pertinent part that "[a]ll actions brought against multiple defendants all of whom reside in the same division must be brought in that division, or in the division where the claim for relief arose." Here, the two individual Defendants maintain that they are both residents of New Madrid County, Missouri, and the corporate Defendant states that it is organized under the laws of the State of Missouri, with its principal place of

business in New Madrid County.  Defendants have supported these contentions with proper documentation.  New Madrid County is within the Southeastern Division.  It would also appear from the complaint that Plaintiff's claim arose in no particular venue but in several states.   Pursuant to Local Rule 3-2.07(B)(2), divisional venue is proper in this case in the Southeastern Division.  The Court finds that this case should have been originally filed in the Southeastern Division, and the Court will order a divisional transfer, pursuant to Local Rule 3-2.07(D).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion for transfer to the Southeastern Division of the United States District Court for the Eastern District of Missouri is **GRANTED**.  (Doc. No. 11.)

**IT IS FURTHER ORDERED** that the Clerk of the Court shall reassign this case to the Southeastern Division.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2012.